# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

This document relates to:

Sherry Dudley v. Medtronic, Inc., *et al.*, Civ. No. 08-5454
Bailey D. Morrow, Jr. v. Medtronic, Inc., *et al.*, Civ. No. 08-5455
John Dotson, Jr. v. Medtronic, Inc., *et al.*, Civ. No. 08-5460
Kenneth E. Robinson v. Medtronic, Inc., *et al.*, Civ. No. 08-5999

---

The Motions of the Plaintiffs in these cases to withdraw their Notices of Appeal (Doc. No. 36 in 08-5454; Doc. No. 36 in 08-5455; Doc. No. 38 in 08-5460; Doc. No. 35 in 08-5999) are **GRANTED**. The Clerk of the Court is directed to refund to each Plaintiff the $455 appeal fee paid in connection with his/her Notice of Appeal.

Dated: June 17, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge